**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| PAULA HENDERSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>REVENTICS, LLC.,<br><br>        Defendant. | Case No.: 1:23-cv-00586-MEH<br><br>Magistrate Judge Michael E. Hegarty |
| DANIEL JONES, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>REVENTICS, LLC.,<br><br>       Defendant. | Case No. 1:23-cv-00602<br><br>Judge Nina Y. Wang<br>Magistrate Judge Scott T. Varholak |
| CAROL GOLDBERG, VAHRAM HAROUTUNIAN, and BRIAN KEARNEY, individually and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>REVENTICS, LLC.,<br><br>       Defendant. | Case No. 1:23-cv-00641<br><br>Magistrate Judge N. Reid Neureiter |

| | |
|---|---|
| HILDA LOPEZ, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REVENTICS, LLC.,<br><br>Defendant. | Case No. 1:23-cv-00655<br><br>Judge Daniel D. Domenico<br>Magistrate Judge Michael E. Hegarty |
| PREFERENCE ROBINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REVENTICS, LLC.,<br><br>Defendant. | Case No. 1:23-cv-00659<br><br>Judge Regina M. Rodriguez<br>Magistrate Judge Michael E. Hegarty |

## **ORDER FOR CONSOLIDATION AND LEADERSHIP**

The Court, having considered the parties' filings, the relevant legal authorities and the arguments made at the hearing, **GRANTS** Plaintiffs' Unopposed Motion for Consolidation as follows:

1. The related actions of *Paula Henderson v. Reventics, LLC.,* No. 1:23-cv-00586, *Daniel Jones v. Reventics, LLC.,* No. 1:23-cv-00602, *Carol Goldberg, Vahram Haroutunian, and Brian Kearney v. Reventics LLC.,* No. 1:23-cv-00641, *Hilda Lopez v. Reventics, LLC.,* No. 1:23-cv-00655, *Preference Robinson v. Reventics, LLC.,* No. 1:23-cv-00659 are hereby consolidated under Fed. R. Civ. P. 42(a)(2) into the lowest case number of 1:23-cv-00586, *Paula Henderson v. Reventics, LLC.,* and assigned to the Hon. Michael E. Hegarty.

2. In Case No. 1:23-cv-00586-MEH, Plaintiffs shall file a Consolidated Amended Complaint within 30 days from the Court's approval of the Unopposed Motion to Consolidate;

3. Defendant shall have 30 days from filing of the Consolidated Amended Complaint to file an Answer or Motion to Dismiss, Plaintiffs shall have 30 days thereafter to file their Opposition to a Motion to Dismiss. Defendant shall have 21 days thereafter to file a Reply in support.

4. Any existing case management and scheduling deadlines in the Related Actions shall be vacated, and the clerk directed to close Case Nos. 1:23-cv-00602-NYW-STV, 1:23-cv-00641-NRN; 1:23-cv-00655-DDD-MEH and 1:23-cv-00659-RMR-MEH.

**IT IS SO ORDERED.**

Dated: April 24, 2023

*Michael E. Hegarty*

Hon. Michael E. Hegarty