UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| PAULA HENDERSON, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>REVENTICS, LLC,<br><br>               Defendant. | Case No.: 1:23-cv-00586-MEH<br><br>Magistrate Judge Michael E. Hegarty |

**PLAINTIFFS' AMENDED UNOPPOSED MOTION TO CONSOLIDATE**

Plaintiffs Paula Henderson, Daniel Jones, Carol Goldberg, Vahram Haroutunian, Brian Kearney, Hilda Lopez, and Preference Robinson (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully submit this Amended Unopposed Motion to Consolidate ("Amended Motion").

On April 12, 2023, Plaintiffs filed their Unopposed Motion to Consolidate. ECF No. 8. Plaintiffs requested the consolidation of the later filed related actions of *Jones v. Reventics, LLC*, Case No. 1:23-cv-00602, *Goldberg, et al. v. Reventics, LLC*, Case No. 1:23-cv-00641, *Lopez v. Reventics, LLC,* Case No. 1:23-cv-00655, and *Robinson v. Reventics, LLC,* Case No. 1:23-cv-00659, into this case. As set forth on page one of their Unopposed Motion to Consolidate, Plaintiffs also requested that the consolidation include "any subsequently filed or transferred related action, for all purposes, including pretrial proceedings and trial." The reference to consolidation of subsequently filed or transferred related actions was inadvertently not included in the proposed order submitted with the Unopposed Motion to Consolidate.

This Court granted the Unopposed Motion to Consolidate on April 24, 2023, consolidating the *Jones*, *Goldberg*, *Lopez* and *Robinson* cases into this case, vacating any case management and scheduling deadlines in those four cases, and terminating those four cases. ECF No. 19. For this case, the earliest filed related action, this Court vacated any existing case management and scheduled deadlines. *Id.* In this case, Plaintiffs are to file a Consolidated Amended Complaint by May 24, 2023 (30 days after the consolidation order), Defendant is to respond by June 23, 2023 (30 days later), and Plaintiffs are to file a reply by July 14, 2023 (21 days later). *Id.*

On April 20, 2023, another related action was filed against Reventics, *Trusty v. Reventics, LLC, et al.*, Case No. 1:23-cv-00995-CNS-NRN. On April 24, 2023, pursuant to D.C.COLO.LCivR 3.2(c)(2), Defendant filed an Amended Notice of Related Cases in this case to advise of the *Trusty* case and its status as a related case. ECF No. 16. The *Trusty* case would have also been consolidated into this case as set forth in the Unopposed Motion to Consolidate this Court granted on April 24, 2023, except for the inadvertent exclusion of the reference to the consolidation of subsequently filed or transferred related actions in the proposed order.

On April 28, 2023, a further related action was filed against Reventics, *Loeb v. Reventics, LLC*, Case No. 1:23-cv-01083. On April 29, 2023, pursuant to D.C.COLO.LCivR 3.2(c)(2), Defendant filed a Second Amended Notice of Related Cases in this case to advise of the *Loeb* case and its status as a related case. ECF No. 22. The *Loeb* case would have also been consolidated into this case as set forth in the Unopposed Motion to Consolidate this Court granted on April 24, 2023, except for the inadvertent exclusion of the reference to the consolidation of subsequently filed or transferred related actions in the proposed order.

Plaintiffs are accordingly submitting this Amended Motion to include the accompanying proposed order. The Amended Motion ensures the consolidation of the *Trusty* and *Loeb* cases into this case and the consolidation of any subsequently filed or transferred related action into this case, consistent with the requests in Plaintiffs' Unopposed Motion to Consolidate.

Dated: May 1, 2023                           Respectfully submitted,

/s/ Scott Edward Cole
Scott Edward Cole, Esq.
**COLE & VAN NOTE**
555 12th Street, Suite 1725
Oakland, California 94607
Tel: (510) 891-9800
Fax: (510) 891-7030
sec@colevannote.com

/s/ Joseph M. Lyon
Joseph M. Lyon
**THE LYON FIRM**
2754 Erie Avenue
Cincinnati, OH 45208
Tel: (513) 381-2333
Fax: (513) 766-9011
jlyon@thelyonfirm.com

*Interim Co-Lead Plaintiffs Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2023 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Scott Edward Cole
Scott Edward Cole, Esq.