# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| PAULA HENDERSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>REVENTICS, LLC,<br><br>　　　　　　　Defendant. | Case No.: 1:23-cv-00586-MEH<br><br>Magistrate Judge Michael E. Hegarty |

## ORDER GRANTING PLAINTIFFS' AMENDED UNOPPOSED MOTION TO CONSOLIDATE

Upon consideration of Plaintiffs' Amended Unopposed Motion to Consolidate, it is hereby ordered that the Amended Unopposed Motion to Consolidate is granted. It is further ordered that:

1.　Pursuant to Federal Rule of Civil Procedure 42(a) and D.C.COLO.LCivR 42.1, *Trusty v. Reventics, LLC, et al.*, Case No. 1:23-cv-00995-CNS-NRN shall be consolidated into and reassigned for all purposes into *Henderson v Reventics, LLC,* Case No. 1:23-cv-00586-MEH. All future pleadings, motions, briefs, and other papers shall be filed only in Case 1:23-cv-00586-MEH. The Clerk is directed to close Case No. 1:23-cv-00995-CNS-NRN.

2.　Pursuant to Federal Rule of Civil Procedure 42(a) and D.C.COLO.LCivR 42.1, *Loeb v. Reventics, LLC*, Case No. 1:23-cv-01083 shall be consolidated into and reassigned for all purposes into *Henderson v Reventics, LLC,* Case No. 1:23-cv-00586-MEH. All future pleadings, motions, briefs, and other papers shall be filed only in Case 1:23-cv-00586-MEH. The Clerk is directed to close Case No. 1:23-cv-01083.

3.　Pursuant to Federal Rule of Civil Procedure 42(a) and D.C.COLO.LCivR 42.1, any future filed or transferred related cases as defined under D.C.COLO.LCivR 3.2 against

Reventics, LLC shall also be consolidated into and reassigned for all purposes into Case 1:23-00586-MEH. All future pleadings, motions, briefs, and other papers in those future filed or transferred related cases shall be filed only in Case 1:23-cv-00586-MEH, and the Clerk is directed to administratively close those future filed or transferred related cases.

    4.    All case management and scheduling deadlines, including any scheduling orders and scheduling conferences, in Case 1:23-cv-00586-MEH are vacated, except that, consistent with this Court's April 24, 2023 Order, Plaintiffs are to file a Consolidated Amended Complaint by May 24, 2023, Defendant is to respond by June 23, 2023, and Plaintiffs are to file a reply by July 14, 2023.

DATED:  May 2, 2023

                                                        *Michael E. Hegarty*
                                                        United States Magistrate Judge
                                                        Michael E. Hegarty