IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00586-MEH

PAULA HENDERSON,
SHYKIRA SCOTT,
DANIEL JONES,
CAROL GOLDBERG,
VAHRAM HAROUTUNIAN,
BRIAN KEARNEY,
HILDA LOPEZ,
PREFERENCE ROBINSON,
SHARON ETCHIESON,
RADHE BANKS,
JONATHAN TRUSTY,
MARIE NETROSIO,
MICHAELA MUJICA-STEINER,
ROGER LOEB, and
KYLE DENLINGER, *on behalf of themselves and all others similarly situated*,

        Plaintiffs,

v.

REVENTICS, LLC, and
OMH HEALTHEDGE HOLDINGS, INC., d/b/a *Omega Healthcare*

        Defendants.

## JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, FINAL JUDGMENT is entered.

Pursuant to the Order [ECF 96, issued on September 30, 2024] of Magistrate Judge Michael E. Hegarty GRANTING the Defendants' *Motion to Dismiss Amended Complaint* [ECF 64, December 15, 2023] which order is incorporated by reference, it is

ORDERED Final Judgment shall be entered IN FAVOR OF DEFENDANTS REVENTICS, LLC, and OMH HEALTHEDGE HOLDINGS, INC., and, AGAINST ALL

PLAINTIFFS, on all claims for relief and causes of action asserted in this case and the Plaintiff's claims are dismissed with prejudice.

Dated at Denver, Colorado, this 30th day of September 2024.

FOR THE COURT:
Jeffrey P. Colwell, Clerk

By <u>s/ C. Thompson</u>
   Christopher Thompson
   Deputy Clerk